UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WESLEY RANDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. TEIXEIRA, *et al.*,<br><br>    Defendants. | Case No. 2:19-cv-02615-TLN-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSIONS OF TIME AND GRANTING DEFENDANTS' MOTION TO STAY MERITS-BASED DISCOVERY AND MODIFY THE SCHEDULING ORDER<br><br>ECF Nos. 32, 40, 42, & 45 |

    Plaintiff has filed two motions for extensions of time to file an opposition to defendants' motion for summary judgment. ECF Nos. 40 & 42. Good causing appearing, plaintiff's motions are granted, and his opposition, ECF No. 43, is deemed timely.

    Defendants have filed two motions that collectively ask the court to stay merits-based discovery and to vacate the scheduling order's discovery and dispositive motion deadlines. ECF Nos. 32 & 45. Defendants' motions are granted, and all deadlines in the April 27, 2021 scheduling order are vacated. Those deadlines will be reset, if necessary, following resolution of defendants' motion for summary judgment.

IT IS SO ORDERED

Dated: December 29, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE